Dismissed and Opinion filed June 13, 2002









Dismissed and Opinion filed June 13, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00402-CV

____________

 

TEXAS WORKERS=
COMPENSATION COMMISSION, Appellant

 

V.

 

JUANITA HAMILTON, Appellee

 



 

On
Appeal from the 129th District Court

Harris
County, Texas

Trial
Court Cause No. 00-17180

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 25, 2002.

On June 7, 2002, appellant filed a
motion to dismiss the appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

PER CURIAM

 

Judgment rendered and Opinion filed June 13, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).